1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  STEPHEN ANTHONY LONG,

11              Petitioner,           No. CIV S-08-0597 FCD EFB P

12      vs.

13  K. PROSPER, et al.,

14              Respondents.       ORDER

15 _____/

16      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17 U.S.C. § 2254.  Respondents have requested an extension of time to file and serve a response to

18 the petition.  *See* Fed. R. Civ. P. 6(b).

19      Good cause appearing, it is ORDERED that respondents' June 3, 2008, request is granted

20 and respondents have 30 days from the date this order is served to file and serve a response to

21 the petition.

22 Dated:  July 7, 2008.

23                       EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

24

25

26