1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEPHEN ANTHONY LONG,

11              Petitioner,              No. CIV S-08-0597 FCD EFB P

12        vs.

13   K. PROSPER, et al.,

14              Respondents.            <u>ORDER</u>

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  Respondent has requested a second extension of time to file and serve a response

18   to the petition.  *See* Fed. R. Civ. P. 6(b).

19        Good cause appearing, it is ORDERED that respondent's August 5, 2008, request is

20   granted and respondent shall file and serve a response to the petition not later than September 5,

21   2008.  The court does not intend to grant any further extensions.

22   Dated:  August 7, 2008.

23

24                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
25

26