IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN ANTHONY LONG,

    Petitioner,                   No. CIV S-08-0597 FCD EFB P

    vs.

K. PROSPER, et al.,

    Respondents.              ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested a third extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b). The court's August 8, 2008 order granting respondent's second request for an extension of time cautioned respondent that the court did not intend to grant any further extensions of time.

    Respondent's September 5, 2008, request is granted and respondent must file and serve a response to the petition on or before October 5, 2008. No further extensions of time will be granted.

Dated: September 17, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE